IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2021 SEP 13  AM 9:53
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | |
|---|---|
| SALATIEL LOPEZ-MARTINEZ, MARCO ALVAREZ MARTINEZ, ADALIA RODRIGUEZ-LOPEZ, and YENIFER RIZO,<br>        *Plaintiffs*<br><br>V.<br><br>GERARDO VILLA-BERNAL, J BERKMAN RESTAURANT LLC, PR HOLDINGS LP, and PR HOLDINGS GP, LLC,<br>        *Defendants* | 1:21-CV-00652-LY |

## TRANSFER ORDER

Before the court is the above-styled and numbered cause of action. It appears to the court that the above-styled and numbered cause should be transferred from the docket of the Honorable Lee Yeakel to the docket of the Honorable James R. Nowlin, Senior United States District Judge, both judges having consented to the transfer.

**IT IS ORDERED** that the above-styled and numbered cause is **TRANSFERRED** to the Austin Docket of the Honorable James R. Nowlin, Senior United States District Judge, for all purposes. Pursuant to the Amended Order Assigning the Business of the Court effective May 10, 2021, the District Clerk shall credit this case to the percentage of business of the receiving Judge.

SIGNED this _13th_ day of September, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE